UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ELIZABETH ANN GOODALE, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:19-CV-409-KAC-DCP |
| ELAVON, INC., a wholly-owned subsidiary of US BANK, N.A., | ) |
| Defendant. | ) |

# JUDGMENT

Pursuant to the "Memorandum Opinion and Order Denying Plaintiff's Motion for Spoliation Sanctions and Granting Defendant's Motion for Summary Judgment," the Court **DISMISSED** Plaintiff's claims against Defendant with prejudice. Accordingly, the Court directs the Clerk to close the case.

    IT IS SO ORDERED.

                                                s/ Katherine A. Crytzer
                                                KATHERINE A. CRYTZER
                                                United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
   CLERK OF COURT